UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Angela R. M.,[1]

        Plaintiff,

v.

Michelle King, *Acting Commissioner of Social Security*,

        Defendant.

Case No. 23-CV-03033 (JMB/JFD)

**AMENDED ORDER**

---

James H. Greeman, Greeman Toomey, Minneapolis, MN, for Plaintiff.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN; and James D. Sides, Sophie Doroba, and Melissa K. Curry, Social Security Administration Office of the General Counsel, Baltimore, MD, for Defendant.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate John F. Docherty dated January 22, 2025. (Doc. No. 19.) The R&R recommends that the Court deny Plaintiff Angela R. M.'s petition for judicial review of the final decision of the Commissioner of Social Security denying her application for Supplemental Security Income and disability insurance benefits. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

---

[1] This District has adopted a policy of using only the first name and last initial of any non-governmental party on orders in Social Security matters.

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 19) is ADOPTED.

2. The Court dismisses this action with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 19, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court